# United States Court of Appeals for the Federal Circuit

---

December 9, 2015

**ERRATUM**

---

Appeal Nos. 2014-1139, 2014-1144

---

**ARIOSA DIAGNOSTICS, INC., NATERA, INC.,**
*Plaintiffs-Appellees*

**DNA DIAGNOSTICS CENTER, INC.,**
*Counterclaim Defendant-Appellee*

**v.**

**SEQUENOM, INC., SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC,**
*Defendants-Appellants*

**ISIS INNOVATION LIMITED,**
*Defendant*

---

Decided: December 2, 2015
Precedential Order

---

Please make the following change:

Page 2, line 4, add "Joseph M. Lipner"